E-filing

# COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983

Name **Hopkins         Kevin         L.**
(Last)          (First)          (Initial)

Prisoner Number **AKV-006**

Institutional Address **5325 Broder Blvd**

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

**Kevin Lamar Hopkins**
(Enter the full name of plaintiff in this action.)

vs.

**Oakland Police Dept.**
**Cheif Wayne Tucker,**
**Officer Bergeron, et. Al**

(Enter the full name of the defendant(s) in this action)

Case No. **CV 07 6096 CW (PR)**
(To be provided by the Clerk of Court)

COMPLAINT UNDER THE CIVIL RIGHTS ACT,
Title 42 U.S.C § 1983

[All questions on this complaint form must be answered in order for your action to proceed..]

I.   Exhaustion of Administrative Remedies.

[Note: You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

A.   Place of present confinement **Santa Rita Jail**

B.   Is there a grievance procedure in this institution?

    YES (✗)   NO ( )

C.   Did you present the facts in your complaint for review through the grievance procedure?

    YES ( )   NO (✗)   **Not Applicable**

D.   If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue a certain level of appeal, explain why.

COMPLAINT                          - 1 -

1. Informal appeal __N/A__

2. First formal level __N/A__

3. Second formal level __N/A__

4. Third formal level __N/A__

E. Is the last level to which you appealed the highest level of appeal available to you?

      YES ( )    NO (X)

F. If you did not present your claim for review through the grievance procedure, explain why. __It does not Apply because these Are Civil Rights violations Against Oakland Police Officers.__

II. Parties.

A. Write your name and your present address. Do the same for additional plaintiffs, if any.
__Kevin Hopkins, 5325 Broder Blvd, Dublin CA 94568__

B. Write the full name of each defendant, his or her official position, and his or her place of employment.
__Oakland Police Officers, Officer Bergeron__

COMPLAINT        -2-

1 Badge # 7828C. I would name other
2 Officers once Court gives plaintiff
3 Order To Ammend complaint
4

5 III.    Statement of Claim.

6       State here as briefly as possible the facts of your case. Be sure to describe how each
7 defendant is involved and to include dates, when possible. Do not give any legal arguments or
8 cite any cases or statutes. If you have more than one claim, each claim should be set forth in a
9 separate numbered paragraph.
10 On August 17, 2007, At or 8:15 A.M I WAS
11 pulled over by Officer Bergeron. Officer said
12 he was pulling me over because of A high crime
13 Area. Officer discovered I was on parole +
14 Conducted A parole Search. Officer planted
15 drugs in my vehicle. Officer Bergeron
16 Conducted himself very unprofessionally
17 taunting me about A previous lawsuit stating
18 how did I buy the vehicle I was driving
19 by quote "Lying on good officers And
20 Stated my lying ASS is going back to
21 prison. Officer Bergeron trashed my
22 vehicle + to cover

23 IV.    Relief.
24       Your complaint cannot go forward unless you request specific relief. State briefly exactly
25 what you want the court to do for you. Make no legal arguments; cite no cases or statutes.
26 See Attached Addendum
27
28

COMPLAINT                          - 3 -

III STATEMENT OF CLAIM continued.
For theft of Movado watch and other expensive property I had in car left my car a brand new Toyota 2007 in a very high crime area infested with drugs & prostitution. Officer Bergeron had a fiduciary duty to safeguard my vehicle. He stated my car was being towed and according to witnesses the car was burglarized and vandalized. Transients, prostitutes, drug addicts squatted in car for 15 days. Vehicle suffered substantial vandalism damages. Plaintiff civil rights were violated by officer planting drugs on me in retaliation for lawsuit C-01-4972.

Plaintiff was subjected to harassment by Police Officers on two other ocassions on August 11, 2007 plaintiff was pulled over again officers stating they pulled me over because I was in high crime over. Officers unknown at this writing in which plaintiff asks for leave to ammend

I

complaint when all officers names are given to plaintiff. On August 11, 2007 I was again taunted about lawsuit subjected to cruel humiliating searches henceforth officers drag me out of car by gun point, gave me a body cavity search to my rectum. Officers made me leave my vehicle stating I was high on stimulants. Internal Affairs is investigating all 3 complaints and has not given me documentation as of yet to these incidents.

On the first week of August 2007 I was once again accosted by officers in patrol car, when I exited my vehicle. I was once again detained and subjected to another cruel body cavity search.

All these incidents arise as acts of harassment. The plaintiff has a right to be free from illegal searches and unlawful arrests, detention and imprisonment,

II

the rights secured to plaintiff by Fourth, Fifth and Fourteenth Amendments to the Constitution of the United States and by 42 U.S.C § 1983.

Defendants individually and in concert with the others acted under pretense, color and virtue of law and their official capacities, but said acts were illegal, demeaning, and each defendant, individually and in concert with the others, acted willfully, knowingly, and with specific intent to deprive plaintiff of his constitutional rights.

As a direct and proximate result of these violations of plaintiff constitutional rights, he was made to suffer great emotional trauma, discomfort and embarrassment, was deprived personal and professional reputation was impaired and was forced to be in jail in the criminal proceedings brought by these fraudalant accusations brought by the Alameda County District Attorney's Office.

Wherefore, plaintiff demands judgement from the defendants, and each of them, in both their individual and official

III

1  capacities, And seek compensatory And
2  punitive damages, Attorney fees And or
3  Appoint of counsel through Federal
4  Pro Bono Project, And interest And
5  such other And further general relief
6  As plaintiff may be entitled.

8  Respectfully submitted,

10 Kelvin Leemar Hopkins

IV

1  _____
2  _____
3  _____
4  _____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __29__ day of __November__, 20_07_

_____Kevin James Hopkins_____
(Plaintiff's signature)

COMPLAINT                     - 4 -