Kevin Hopkins, AKV-006
5325 Broder Blvd.
Dublin, CA 94568

Legal Pro
per Mail

CLERK of the United States District
Court For the Northern District of California
450 Golden Gate Avenue
Box 36060
San Francisco, CA 94102

RECEIVED
NOV 2 9 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA