Kevin Hopkins, AKV-006
5325 Broder Blvd
Dublin, CA 94568

C07-6096 CW

RE: Kevin Hopkins vs
Oakland Police Dept.
Chief Wayne Tucker &
Officer Bergeron

Dear Clerk of the Court,

I mailed above titled Civil Right Complaint 1983. I have yet to receive Case Number.

Please inform me of Case #, status or even if you received this complaint yet!

Your prompt reply is appreciated.

Thank you!
Respectfully,

Kevin Hopkins