Kevin Hopkins, AKV-006
5325 Broder Blvd.
Dublin, CA 94568

CLERK OF THE United States
District Court For the Northern
District of CALIFORNIA
450 Golden Gate Avenue
Box 36060
San Francisco, CA 94102

04bJ8J024316
$00.41⁹
Mailed From 94568
12/21/2007
US POSTAGE