MC-040

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Kevin Hopkins <br> 2320 Havenscourt <br> Oakland, CA 94605 | **FILED** <br> JAN - 3 2008 <br> RICHARD W. WIEKING <br> CLERK, U.S. DISTRICT COURT <br> NORTHERN DISTRICT OF CALIFORNIA |
| TELEPHONE NO.:     FAX NO. (Optional): | |
| E-MAIL ADDRESS (Optional): | |
| ATTORNEY FOR (Name): | |

~~SUPERIOR COURT OF CALIFORNIA, COUNTY OF~~ U.S. District Court
STREET ADDRESS: 450 Golden Gate Ave
MAILING ADDRESS: P.O. Box 36060
CITY AND ZIP CODE: San Francisco, CA 94102-9680
BRANCH NAME:

PLAINTIFF/PETITIONER: Kevin Lamar Hopkins
DEFENDANT/RESPONDENT: Oakland Police Dept. et. al

CASE NUMBER: CV 07 6096 CW (PR)
JUDICIAL OFFICER:
DEPT.:

**NOTICE OF CHANGE OF ADDRESS**

1. **Please take notice** that, as of (date):
   ☐ the following party or
   ☐ the attorney for:
      a. ☐ plaintiff (name): Kevin Lamar Hopkins
      b. ☐ defendant (name):
      c. ☐ petitioner (name):
      d. ☐ respondent (name):
      e. ☐ other (describe):

   has **changed his or her address** for service of notices and documents in the above-captioned action.
   ☐ A list of additional parties represented is provided in Attachment 1.

2. The **new address** of (name): Kevin Hopkins
   is as follows:
   a. Street: 2320 Havenscourt
   b. City: Oakland, CA 94605
   c. Mailing address (if different from above):
   d. State and zip code:
   e. Telephone number:
   f. Fax number (optional):
   g. E-mail address (optional):

3. **All notices and documents** regarding the action should be sent to the above address.

   Date: 12-24-07

   Kevin Hopkins                    ▶ Kevin Hopkins
   (TYPE OR PRINT NAME)                (SIGNATURE OF PARTY OR ATTORNEY)

Page 1 of 2

Form Approved for Optional Use
Judicial Council of California
MC-040 [Rev. January 1, 2007]

**NOTICE OF CHANGE OF ADDRESS**

Cal. Rules of Court, rule 2.200
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

| | |
|---|---|
| PLAINTIFF: Kevin Lamar Hopkins | MC-040 |
| DEFENDANT: Oakland Police Department, et. Al | CASE NUMBER: CV 07 6096 CW (PR) |

## PROOF OF SERVICE BY FIRST-CLASS MAIL
### NOTICE OF CHANGE OF ADDRESS

(NOTE: You cannot serve the Notice of Change of Address if you are a party in the action. The person who served the notice must complete this proof of service.)

1. I am at least 18 years old and **not a party to this action.** I am a resident of or employed in the county where the mailing took place, and my residence or business address is (specify):

2. I served a copy of the Notice of Change of Address by enclosing it in a sealed envelope with postage fully prepaid and (check one):
   a. ☐ deposited the sealed envelope with the United States Postal Service.
   b. ☐ placed the sealed envelope for collection and processing for mailing, following this business's usual practices, with which I am readily familiar. On the same day correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service.

3. The Notice of Change of Address was mailed:
   a. on (date): 12-24-07
   b. from (city and state): Dublin, California

4. The envelope was addressed and mailed as follows:

   a. Name of person served:
      Street address:
      City:
      State and zip code:

   c. Name of person served:
      Street address:
      City:
      State and zip code:

   b. Name of person served:
      Street address:
      City:
      State and zip code:

   d. Name of person served:
      Street address:
      City:
      State and zip code:

☐ Names and addresses of additional persons served are attached. (You may use form POS-030(P).)

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 12-24-07

Dwayne Garner
(TYPE OR PRINT NAME OF DECLARANT)

▶ Dwayne Garner
(SIGNATURE OF DECLARANT)