Kevin Hopkins, AKV-006/Declarant Davtyres Garves
5325 Broder Blvd
Dublin, CA 94568

Civil Pro Per
Legal Mail

U.S. District Court
450 Golden Gate Ave
P.O. Box 36060
San Francisco, CA 94102-9680