

**FILED**
APR - 7 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Kevin Hopkins, AKV-006   C-07-6096-CW
5325 Broder Blvd
Dublin, CA 94568

3-30-08

RE: Kevin L Hopkins
+ O.P.D. Chief Wayne
Tucker, Officer Bergeron
et al

Dear Clerk of the Court,

It's been some months and their has been no ruling. Please send summary + status of case.

Respectfully,

Kevin Hopkins