Kevin L Hopkins
AKV-006
5325 Broder Blvd
Dublin, CA 94568

CLERK OF THE COURT
United States District Court
450 455 Golden Gate Ave
94112