Keom L. Hopkins
        v
Oakland Police Dept, CASE #
et Al    CV-08-(06096)CW) 4-21-08

Dear Clerk of the Court,

Please send inquires and correspondance
to Above-entitled case to
                 Kevin L. Hopkins
                 2320 Havenscourt
                 Oakland, CA 94601

Also pleas send status for it
has been months without Any
response And/or ruling in the
Civil Rights Complaint.

        Thank you for your patience
And indulgence in this matter.
                Respectfully,

                Kevin L. Hopkins

RECEIVED
APR 25 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED