Kevin Hopkins, Aken
5325 Broder Blvd
Dublin, CA 94568

Civil Pro
per Mail

CLERK of the United States
District Court for the Northern
District of California
450 Golden Gate Ave.
San Francisco, CA 94102