IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN L. HOPKINS, | No. C 07-06096 CW (PR) |
| Plaintiff, | ORDER OF DISMISSAL WITHOUT PREJUDICE |
| v. | |
| OAKLAND POLICE DEPARTMENT, et al., | |
| Defendants. | |

Plaintiff filed the present pro se civil rights action under 42 U.S.C. § 1983. He filed a prisoner in forma pauperis (IFP) application; however, he is no longer incarcerated and the Court cannot rely upon any prior IFP application filed by Plaintiff while he was incarcerated to make the IFP determination in this action. In an Order dated March 17, 2008, the Court directed Plaintiff to either pay the $350.00 filing fee or file a new non-prisoner IFP application. The Court informed him that his action could not go forward unless he did as the Court directed within thirty days, and that his failure to do so would result in dismissal of this action. The Court also terminated as moot Plaintiff's pending prisoner IFP application.

1    More than thirty days have passed and Plaintiff has not paid
2 the $350.00 filing fee or filed a non-prisoner IFP application.
3    Accordingly, this action is DISMISSED WITHOUT PREJUDICE. The
4 Clerk of the Court shall close the file.
5    IT IS SO ORDERED.
6 Dated:  5/16/08

*Claudia Wilken*
CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

KEVIN L. HOPKINS,

        Plaintiff,

v.

OAKLAND POLICE DEPT. et al,

        Defendant.

Case Number: CV07-06096 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 16, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kevin Lamar Hopkins
2320 Havens Court
Oakland, CA 94605

Dated: May 16, 2008

Richard W. Wieking, Clerk
By: Sheilah Cahill, Deputy Clerk