**FILED**
MAY 29 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

C 07-6096 CW

Kevin Hopkins
v
Oakland Police Dept,
Chief Wayne Tucker,
Officer Bergeron et. al

Plaintiff
Kevin L. Hopkins
V76611
P.O. Box San
Quentin
San Q, CA 94974

May 15, 2008                                    Case ?

Dear Clerk of the Court,

   I am the plaintiff in the above listed action. I keep jumping prison addresses. I do not want a delayed response in any ruling the court may render in the present or near future for I know some ruling can be time restrained.
   Please send me the status of case and any ruling they may have been render on this case.

   There has only been initial filing and me being granted Informa Pauperis status since then the case has been in limbo.

   Your prompt response is heartfelt
                                    Respectfully,
                                    Kevin Hopkins