C07-6096 CW

RECEIVED

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Kevin L. Hopkins, V76611
San Quentin STATE PRISON
San Quentin, CA 94974    June 2, 2008

RE: Case Name: Kevin L. Hopkins vs
Oakland Police Dept, Chief Wayne
Tucker, Officer Bergeron, et. al.

DEAR CLERK OF THE COURT,

    I am now incarcerated at San Quentin
Prison. I am awaiting a ruling in the
above named case. If by chance the
Courts issues an order to Ammend such
rulings has time restraints, if the case
is to survive at all. I know + realize
the Courts CLERK Job is quite a busy
one being understaffed and all, being
quite difficult to respond to inquiries
timely. I've grown concern because of
my many address changes. I hate for
this case to be dismissed for lack of
Prosecution because of my many address
changes. This case has been pending for
at least 8 months, nearing or surpassing
a ruling. Please inform me of status.
I will be in custody till 9-3-08.
Your response will be heartfelt.
                    Respectfully, Kevin L. Hopkins