Kevin Hopkins, V-76611
San Quentin State Prison
San Quentin, CA 94974

Legal Mail



Important Inquiry: CLERK OF THE UNITED STATES District Court For THE Northern District of California
450 Golden Gate Avenue
Box 36060
San Francisco, CA 94102