Kevin Hopkins
San Quentin Prison
San Quentin, CA 94974

**FILED**
JUN 19 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

RE: Request For Order To Vacate Dismissal entered on May 16, 2008

Kevin Hopkins,
    Plaintiff
v
Defendant Oakland Police Dept, et. al.

CASE # 4:07-cv-06096-CW

No

    It is hereby requested that order to Vacate Dismissal entered on May 16, 2008 be vacated on Dismissal without prejudice.
    Plaintiff has used due-diligence in keeping courts informed of address changes. Plaintiff has been in custody since March 23, 2008 And never received Order regarding IN FORMA PAUPERIS Motion entered on March 17, 2008
    This motion should be granted because of the delayed correspondance from non-legal correspondants from Society to Prisoners. Their is a 30-60 day delay after postmark date for Inmates to receive Correspondance
    As can be attested in status summary the courts have received many letters throughout filing of this complaint. Unfortunately I was not

At one of the addresses long enough to officially receive receipt of Order Regarding IN FORMA PAUPERIS Motion Due to no fault of my own, plaintiff hereby prays that Honorable Claudia Wilken vacate dismissal. Reissuing previous order per Order #7 giving plantiff opportunity to process claim against O.P.D.

I declare under penalty of perjury that the foregoing is true & correct.

Executed on ~~May~~ June 17, 2008 at San Quentin Prison. Respectfully,

Kevin L. Hopkins