Kevin Hopkins, V76611
San Quentin Prison
San Quentin, CA 94974

NORTH BAY CA 949
18 JUN 2008 PM 3 T
USA 42

OFFICE OF THE CLERK
United States District Court
Northern District of California
1301 Clay Street Suite 400 S
Oakland CA 94612

Confidential
MAIL