Kevin Hopkins, V76611
San Quentin Prison
San Quentin, CA 94974

June 18, 2008

RECEIVED
JUN 23 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

RE: This is Ammendment to Complaint
Dismissed without Prejudice
CASE # 4:07-CV-06096-CW
Kevin Hopkins v Oakland Police Dept, et. al.

Dear CLERK OF COURT,

For All purposes this complaint with new Allegations is for scope of Re-Filing And to Ammend new Allegations. I Already Submitted Request to Vacate Dismissal. If Court deem I have To refile complaint, please deem this complaint As refiling And Amendment As well

I AM waiting for Certificate of my Prisoner's Account to be Authorized by Officer of that Prison Division. Certification will follow Complaint

Thank you For your indulgence in this matter. Please send Cover-Sheet prison has none. And All other Forms Complaint lacks

Respectfully,
Kevin Hopkins