RECEIVED

JUN 2 3 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**

Name  Hopkins       Kevin       L.
      (Last)        (First)     (Initial)

Prisoner Number  V76611

Institutional Address  San Quentin State Prison

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

Kevin Lamar Hopkins
(Enter the full name of plaintiff in this action.)

vs.

Oakland Police Department,
Chief Wayne Tucker,
Officer Todd Bergeron,
et. Al.
(Enter the full name of the defendant(s) in this action)

Case No. _____
(To be provided by the Clerk of Court)

**COMPLAINT UNDER THE CIVIL RIGHTS ACT,
Title 42 U.S.C § 1983**

Ammendment of Complaint 4:07-cv-06096-CW

*[All questions on this complaint form must be answered in order for your action to proceed..]*

I.   Exhaustion of Administrative Remedies.

     [Note: You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

     A.   Place of present confinement  San Quentin Prison

     B.   Is there a grievance procedure in this institution?

          YES (X)     NO ( )

     C.   Did you present the facts in your complaint for review through the grievance procedure?

          YES ( )     NO (X)

     D.   If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue a certain level of appeal, explain why.

COMPLAINT                              - 1 -

1. Informal appeal __N/A__

2. First formal level __N/A__

3. Second formal level __N/A__

4. Third formal level __N/A__

E. Is the last level to which you appealed the highest level of appeal available to you?

    YES ( )    NO ( )

F. If you did not present your claim for review through the grievance procedure, explain why. __This is Civil Rights Complaint of Oakland Police Officers__

II. Parties.

A. Write your name and your present address. Do the same for additional plaintiffs, if any.

__Kevin Lamar Hopkins, V76611, San Quentin State Prison, San Quentin, CA 94974__

B. Write the full name of each defendant, his or her official position, and his or her place of employment.

__Oakland Police Department, Chief Wayne__

COMPLAINT       -2-

1. Tucker, Officer Todd Bergeron #7828C
2. And other unknown Police Officers At this
3. writing, et. al
4. 

III. Statement of Claim.

State here as briefly as possible the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

On August 18, 2007 Officer Bergeron pulled me over for no probable cause. He asked me how did I buy 2007 Toyota Corolla he pulled me over in. And went on to say I bought it by lying on good police officers. I been the target of blatant harassment by Oakland Police Officers from the previous weeks before Officer Bergeron planting Drugs on me + stealing My lying Bitch Ass is going back to prison. Officer Bergeron said he was having car towed And it was later vandalised for it sit where he pulled move over for two weeks.

IV. Relief.

Your complaint cannot go forward unless you request specific relief. State briefly exactly what you want the court to do for you. Make no legal arguments; cite no cases or statutes.

Wherefore, plaintiff prays for punitive damages, damages for false arrest Assault, unlawful prosecution for planting

COMPLAINT                               - 3 -

1. of drugs, damages for mishandling of
2. Car Jacking, wanton negligence for having me
3. Committed to Psychiatric Ward, Appointment of
4. Counsel and damages that the Court may deem
5. Just. As well Demand for Jury Trial.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __19th__ day of __June__, 20__08__

_Kevin Lamar Hopkins_
(Plaintiff's signature)

III Continued Statement of Claim  I 1074

Officer Bergeron planted drugs in vehicle and arrested me for possession of a controlled substance. I was made to face criminal charges for drugs falsified by this officer. On December 19, 2007 the charges were eventually dismissed. This officer has caused me mental anguish, undue suffering by this false arrest in direct retaliation of lawsuit settled 2006 by City of Oakland against wrongdoings inflicted upon me by its officers.

Early part of August or late July 2007 I was again targeted by Police officers unknown at this writing. While exiting vehicle on 23rd Avenue and East 21st Police stopped me again for no probable cause giving me strip search and Body Cavity search subjecting me to what I deem sexual assault and humiliation. Officer unknown at this writing gave and penetrated my buttocks with a gloved hand looking for contraband

Again on August 12, 2008 I was pulled over again for no probable cause vehicle was ransacked. I was literally snatched out of vehicle and given another Body-Cavity search. I was yanked around. Given an In-Field


II

2 of 4

Sobriety Test. I was not under the influence and Officers said if someone doesn't come park the vehicle I would be transported to jail for driving under influence. The lawsuit was breached by these Officers confirming my belief of blatant harassment, humiliation, assault. Amongst other wrongs.

On March 12, 2008 I was carjacked. I ran for my life, assailants tried to get me in car with them. I ran; hide in Apartment building and had occupant of Apartment Building call 911. Many units responded and occupant of vehicle where apprehended. I was afraid to identify suspects. Police Officers accused me of falsifying a Police Report and had Ambulance transport me to John George Psychiatric Ward. I later discovered the occupants of vehicle and suspects were turned loose. My vehicle was completely vandalised inside. All of console was cut up, carpet was ripped out and what I suspect Officers looking for weapon used in carjacking and/or suspects they released returned to vehicle. Officers were negligent because I reported carjacking and police

## III

3 of 4

left my vehicle there to be vandalised and buglarized. The vehicle was bombed on May 31, 2008 in which I contribute to the carjacking. All my car keys were not recovered. Police Officers were completely negligent in the mishandling of Carjacking in which I also ascertain to barage of harrasment, Falsqidity of evidence, Assault amongst other injustices inflicted upon plaintiff by this Department and Police Officers

Plaintiff is awaiting supplemental and Police Reports from Oakland Police Administration, Internal Affairs and Citizen's Police Review Board where Plaintiff has made complaints of on-going wrongdoings by Oakland Police Department to include all names of Police involved. To DATE its been difficult, whereas plaintiff will use due diligence to include names of all Officers involved, and later amend complaint

Plaintiff is also alleging he and his vehicle were targeted in direct retailiation for settled lawsuit by Oakland Police Department and its Officers subjecting plaintiff to psychological damages, undue stress and oppression, Assault

STATEMENT OF CLAIM Continued  IV  4 of 4

Chief Wayne Tucker is named as a defendant. He oversees the Oakland Police Department as Commander in Chief. A Police Department thats completely out of control. The numerous defendants that will be named in this Department that abuses their color of authority should be held accountable. Chief Wayne Tucker should remain a defendant in this claim of injustice inflicted upon plaintiff, Kevin Lamar Hopkins. The Defendants have demonstrated no check & balances and have used their own code of ethics violating plaintiff Civil Rights. I was targeted in retaliation for civil rights claim I filed against officers Issacc Padilla and Berry Ko settled in early 2006 in the United States District Court. Henceforth, plaintiff prays for his day in court for the wanton negligence, harm and corruption that Oakland Police Department and its officers has inflicted upon plaintiff. It also should be noted that plaintiff may have to wait till court sets this case in discovery stages to allow plaintiff to get names of other officers. Oakland Police Department has not been forthcoming in plaintiff retaining records in these numerous incidents. despite requests.