**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

Kevin Lamar Hopkins

Plaintiff,

vs.

Oakland Police Department et Al.

Defendant.

CASE NO. _____

**PRISONER'S**
**APPLICATION TO PROCEED**
**IN FORMA PAUPERIS**

I, Kevin Lamar Hopkins, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: 0   Net: 0

Employer: 0

_____

APP. TO PROC. IN FORMA PAUPERIS         - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  Alameda County Social Services 2000
5  _____
6  _____
7  2.    Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9       a.    Business, Profession or            Yes ___  No X
10            self employment
11      b.    Income from stocks, bonds,         Yes ___  No X
12            or royalties?
13      c.    Rent payments?                     Yes ___  No X
14      d.    Pensions, annuities, or            Yes ___  No X
15            life insurance payments?
16      e.    Federal or State welfare payments, Yes X   No ___
17            Social Security or other govern-
18            ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  Was receiving S.S.I but it was terminated
22  because of custody status
23  3.    Are you married?                       Yes ___  No X
24  Spouse's Full Name: N/A
25  Spouse's Place of Employment: N/A
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $ N/A                     Net $ N/A
28  4.    a.    List amount you contribute to your spouse's support:$ N/A

APP. TO PROC. IN FORMA PAUPERIS            - 2 -

1  b.  List the persons other than your spouse who are dependent upon you for
2      support and indicate how much you contribute toward their support. (NOTE:
3      For minor children, list only their initials and ages. DO NOT INCLUDE
4      THEIR NAMES.).
5      _____ N/A _____
6      _____

7  5.  Do you own or are you buying a home?    Yes ____  No ✗
8  Estimated Market Value: $_____ Ø _____ Amount of Mortgage: $ ___ Ø ___
9  6.  Do you own an automobile?    Yes ____  No Ø
10 Make _____ Year _____ Model _____
11 Is it financed? Yes ____ No ____ If so, Total due: $ _____
12 Monthly Payment: $ _____
13 7. Do you have a bank account?   Yes ____ No ✗ (Do not include account numbers.)
14 Name(s) and address(es) of bank: _____
15 _____
16 Present balance(s): $ _____
17 Do you own any cash?  Yes ____ No Ø Amount: $ _____
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.)  Yes ____ No Ø
20 _____
21 8. What are your monthly expenses?
22 Rent: $ _____ Ø _____ Utilities: _____ Ø _____
23 Food: $ _____ Ø _____ Clothing: _____ Ø _____
24 Charge Accounts:
25 Name of Account          Monthly Payment          Total Owed on This Acct.
26 ____Ø____               $____Ø____                $____Ø____
27 _____               $_____                 $_____
28 _____               $_____                 $_____

APP. TO PROC. IN FORMA PAUPERIS        - 3 -

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

Master Card $6,000 overdue

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes _X_ No ___

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

Kevin Lamar Hopkins v. Oakland Police Department, Wayne Tucker, Officer Bergeron, et.al 4-07-cv-06096-CW

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

June 19, 2008                Kevin Lamar Hopkins
DATE                         SIGNATURE OF APPLICANT