Kevin Hopkins, V76611
San Quentin Prison
San Quentin, CA 94974

Confidential Mail

OFFICE OF THE CLERK, U.S District Cou
Northern District of CALIFORNIA
1301 Clay Street, Suite 400S
Oakland, CA 94612-5212