FILED
JUL 15 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Kevin Hopkins, V76611
S.Q.S.P "5N1"
San Quentin, CA 94964

July 13, 2008

RE: CASE # 4:07-cv-06096-CW
Kevin Lamar Hopkins v Oakland Police Department

Dear CLERK OF THE COURT,

Please be advised that I never received the court order rendered on March 17, 2008. If the clerk could send me that order and a copy of the complaint. My papers were lost in my many prison address changes.

I understand their is a fee but my account is 0 balance so if the clerk could waive any and all such fee because of my indigency it would be heartfelt.

Moving papers are essential so I can resubmit my complaint.

Thank you again for your indulgence and cooperation into this matter.

Respectfully,

Kevin Hopkins