

Kevin Hopkins, V76611
S.Q.S.P 5N1
San Quentin, CA 94964

LEGAL Correspondance

OFFICE OF THE CLERK, U.S District Court
Northern District of California
1301 Clay Street, Suite 400S
Oakland, CA 94612-5212