Kevin Hopkins
S.Q.S.P 2-H-64L
San Quentin, CA 94964

Case 4:07-cv-06096-CW   Document 16   Filed 07/29/2008   Page 1 of 1

FILED
JUL 29 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

RE: Kevin Hopkins v Oakland Police Dept. et. al.
CASE # 4:07-CV-06096-CW

July 26, 2008

Dear Clerk of the Court,

NC This is 2nd letter requesting to receive the Order by the Court entered on March 17, 2008 regarding. I never received the order and if the Court will re-issue "ORDER REGARDING IN FORMA PAUPERIS MOTION" so Pro Per Plaintiff will research how to proceed.

Your indolgence and patience is heartfelt. I know the Courts are overwhelmed in Pro Se litigation

Respectfully,

Kevin Lamar Hopkins