Kevin Hopkins, V76611
S.Q.S.P
San Quentin, CA 94964

Confidential

CLERK OF THE COURT
United States District Court
Northern District of California
1301 Clay Street, Suite 400S
Oakland, CA 94612-5212

*[signature: c/o G. Sandoval]*