KEVIN LAMAR HOPKINS, V76611
S.Q.S.P.
SAN QUENTIN, CA 94964

August 10, 2008

RE: KEVIN LAMAR HOPKINS V. OAKLAND Police Dept., et. al., CASE # C-07-06096 CWPR

DEAR CLERK OF THE COURT,

   A order in Above-titled case specifically, ORDER TO DISMISS WITHOUT PREJUDICE signed by Judge Claudia Wilken entered May 16, 2008 was not recieved. Please send order so I can better prepare to proceed.

   I AM without funds And in prison so please waive any necessary fees for such services.

   I Appreciate the courts prompt attention in my requests past and presense. Your efficiency has aided me tremendously in attempting to have this complaint survive through its process. I can imagine prisoner litigants can overwhelm the courts And I just want to convey my Appreciation And commend the courts for their diligence.

                         Respectfully,

                         Kevin Lamar Hopkins

FILED
AUG 13 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE