Kevin Hopkins, V76611
P.O. Box S.Q.S.P
San Quentin, CA 94964

Confidential Mail

OFFICE OF THE CLERK, U.S District
Court, Northern District of California
280 South First Street, Room 2112
San Jose, CALIFORNIA 95113-3055

